Sharon H. Sjostrom
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

**Attorneys for Deere & Company
d/b/a John Deere Financial**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## (FORT WORTH DIVISION)

| | | |
|---|---|---|
| In re: | § § | Case No. 25-43579-elm11 |
| RWE Services, LLC | § | |
| Debtor(s) | § § | Final Hearing Date: February 4, 2026 |
| | § | Final Hearing Time: 1:30 p.m. |
| Deere & Company d/b/a John Deere Financial | § § § | |
| Movant | § § | |
| vs. | § § | |
| RWE Services, LLC | § | |
| Debtor(s)/Respondent(s) | § § | |

### NOTICE OF RESET HEARING

The Motion of Movant for Relief from Automatic Stay is reset for final hearing on February 4, 2026 at 1:30 p.m., before the Honorable Edward L. Morris, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or by WebEx video conference using the following link:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris - Meeting Number: 2309-445-3213  For WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207, Meeting ID: 2309 445 3213.

Respectfully submitted,

BLALACK & WILLIAMS, P.C.
Attorneys for Movant

BY:  /s/ Sharon H. Sjostrom
Sharon H. Sjostrom, ID #09836700
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system or first class mail on the 16th day of January, 2026 upon all parties listed below.

/s/ Sharon H. Sjostrom
Sharon H. Sjostrom

RWE Services, LLC
Debtor
1206 Delmarva Ct
Granbury, TX 76048

Clayton Everett
Warren V. Norred
Attorney for Debtor
515 E. Border St., Ste 163
Arlington, TX 76010

Behrooz P. Vida -SBRA V
3000 Central Dr.
Bedford, TX 76021

United States Trustee

1100 Commerce Street, Room 976
Dallas, TX 75202

**Parties Requesting Notice:**

Newrez LLC d/b/a/ Shellpoint Mortgage Servicing
c/o David Anthony Schroeder, I
Aldridge Pite, LLP
3525 Piedmont Road, N.E.
Six Piedmont Center
Suite 700
Atlanta, GA 30305

**All Creditors on the Attached Mailing Matrix**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-43579-elm11<br>Northern District of Texas<br>Ft. Worth<br>Fri Jan 16 10:42:22 CST 2026 | RWE Services, LLC<br>1206 Delmarva Ct.<br>Granbury, TX 76048-4372 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 |
| Arturo Gutierrez<br>123 Harvest Lane<br>Floresville, TX 78114-4249 | Attorney General<br>Main Justice Bldg, Room 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530-0001 | Brackett & Ellis<br>100 Main St.<br>Fort Worth, TX 76102-3008 |
| Carlos Gutierrez<br>4927 Ty Terrace St #3<br>San Antonio, TX 78229-4994 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Cat Financial Card<br>PO Box 73664<br>Dallas, TX 75373-0001 |
| Chevron Texaco<br>WexBank<br>PO Box 57748<br>Salt Lake City, UT 84157-0748 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Forward Financing<br>c/o Brian Leblanc<br>53 State Street Floor 20<br>Boston, MA 02109-2820 |
| IRS<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LGBS<br>3500 MAPLE AVE SUITE 800<br>DALLAS, TX 75219-3959 | LGBS-Dallas<br>2777 N Stemmons Fwy Suite 1000<br>Dallas, TX 75207-2328 |
| Newrez LLC d/b/a/ Shellpoint Mortgage Servic<br>ANTHONY SCHROEDER<br>ALDRIDGE PITE, LLP<br>3333 CAMINO DEL RIO SOUTH, SUITE 225<br>SAN DIEGO, CA 92108-3808 | Perdue Brandon Fielder Collins and Mott LLP<br>500 E. Border #640<br>Arlington, TX 76010-7457 | Red River Specialties<br>PO Box 73664<br>Dallas, TX 75373-0001 |
| Rick Barnes-Tax Assessor<br>100 E. Weatherford Street<br>Fort Worth, TX 76196-0206 | Rozell Sprayer Manufacturing<br>14264 State Hwy 64 West<br>Tyler, TX 75704-6420 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Tax Division-US Department of Justice<br>717 N. Harwood, Ste. 400<br>Dallas, TX 75201-6598 | Texas Alcoholic Bev. Comm.<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Attorney General<br>BK-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Comm.<br>TEC Building-Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>101 E. 15th Street Room 556<br>Austin, TX 78778-0001 | U.S. Attorney-North<br>3rd. Floor, 1100 Commerce St.<br>Dallas, TX 75242 |
| U.S. Trustee<br>1100 Commerce St., Rm 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | WEX Bank<br>Attn: Legal / Bankruptcy<br>1 Hancock Street<br>Portland, ME 04101-4217 |

| | | |
|---|---|---|
| Behrooz P. Vida -SBRA V<br>3000 Central Dr.<br>Bedford, TX 76021-3671 | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010-7402 | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010-7402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cat Financial<br>PO Box 730681<br>Dallas, TX 75373 | Deere & Company dba John Deere Financial<br>PO Box 6600<br>Johnston IA 50131 | (d)John Deere<br>#1191<br>6400 NW 86th St<br>Johnston, IA 50131 |
| (d)John Deere<br>#1397<br>6400 NW 86th St<br>Johnston, IA 50131 | (d)John Deere<br>#3264<br>6400 NW 86th St<br>Johnston, IA 50131 | (d)John Deere<br>#92494<br>6400 NW 86th St<br>Johnston, IA 50131 |
| (d)John Deere<br>6400 NW 86th St<br>Johnston, IA 50131 | (d)John Deere Financial, f.s.b.<br>PO Box 6600<br>Johnston IA 50131 | State Comptroller<br>Revenue Accounting Division<br>PO Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deere & Company d/b/a John Deere Financial | (u)Newrez LLC d/b/a/ Shellpoint Mortgage Serv | End of Label Matrix<br>Mailable recipients   32<br>Bypassed recipients    2<br>Total                 34 |