**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RWE SERVICES, LLC | § | CASE NO. 25-43579-elm11 |
| | § | |
| | § | |
| DEBTOR. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICES OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Dickinson Wright PLLC shall appear as counsel for secured creditor and party-in-interest Caterpillar Financial Services Corporation and requests that all notices given and required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following counsel:

> Richard J. McNitzky
> Dickinson Wright PLLC
> 607 W. 3rd Street, Suite 2500
> Austin, Texas 78701
> Telephone: (737) 484-5514
> Fax: (844) 670-6009
> E-mail: rmcnitzky@dickinson-wright.com

This request encompasses all notices, copies, and pleadings referred to in 11 U.S.C. § 101, et seq., and all applicable Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications, pleadings, requests, and any other documents brought before this Court in this matter that otherwise affect or seek to affect this matter.

Dated: January 20, 2026                               Respectfully submitted,

                                                 **DICKINSON WRIGHT PLLC**

                                                 By: */s/ Richard J. McNitzky*
                                                      Richard J. McNitzky
                                                      Texas State Bar No. 24143191
                                                      607 W. 3rd Street, Suite 2500
                                                      Austin, Texas 78701
                                                      (737) 484-5514 / (844) 670-6009 (Fax)
                                                      rmcnitzky@dickinson-wright.com

                                               **ATTORNEY FOR CATERPILLAR FINANCIAL SERVICES CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 20, 2026, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Bankruptcy Procedure upon all parties who have requested notice and service of pleadings via the ECF system.

                                                      */s/ Richard J. McNitzky*
                                                      Richard J. McNitzky