Sharon H. Sjostrom
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

**Attorneys for Deere & Company**
**d/b/a John Deere Financial**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## (FORT WORTH DIVISION)

| | |
|---|---|
| In re: § | |
| § | Case No. 25-43579-elm11 |
| RWE Services, LLC § | |
| Debtor(s) § | Final Hearing Date: February 4, 2026 |
| § | Final Hearing Time: 1:30 p.m. |
| § | |

## EXHIBIT AND WITNESS LIST

COMES NOW, DEERE & COMPANY d/b/a JOHN DEERE FINANCIAL, by and through its counsel of record, and files this, its Exhibit and Witness List in association with the hearing on its Motion for Relief from the Automatic Stay as follows:

A. DEERE & COMPANY d/b/a JOHN DEERE FINANCIAL may introduce the following exhibits at the hearing:

    JD-1   Proof of Claim No. 1-1

    JD-2   Proof of Claim No. 2-1

    JD-3   Proof of Claim No. 3-1

    JD-4   Proof of Claim No. 4-1

    JD-5   Schedules filed in this case.

    JD-6   All documents filed in this case.

    JD-7   All exhibits offered into evidence by any other party

:
:

  B.  In addition, DEERE & COMPANY d/b/a JOHN DEERE FINANCIAL may call the following witnesses:

    1.  Joseph Kenyon, or another authorized representative of Deere Credit Services, Inc.

    2.  Debtor.

  C.  DEERE & COMPANY d/b/a JOHN DEERE FINANCIAL reserves the right to amend or supplement this Exhibit and Witness List and to present other exhibits and witnesses at the hearing for purposes of rebuttal.

            Respectfully submitted,

            BLALACK & WILLIAMS, P.C.
            Attorneys for Deere & Company d/b/a John Deere Company

       BY: /s/ Sharon H. Sjostrom
          Sharon H. Sjostrom, ID #09836700
          4851 LBJ Freeway, Suite 750
          Dallas, TX 75244
          214/630-1916; 214/630-1112 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Exhibit and Witness List was served upon Clayton Everett, Attorney for Debtor, 515 E. Border St., Ste. 163, Arlington, TX 76010, by email through the ECF system on this 2nd day of February, 2026.

            /s/ Sharon H. Sjostrom
            Sharon H. Sjostrom