**Fill in this information to identify the case:**

Debtor Name: RWE Services, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-43579-ELM(V)

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: January

Date report filed: 02/20/2026
MM / DD / YYYY

Line of business: Oilfield

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Byron Walker

Original signature of responsible party: /s/ Byron Walker

Printed name of responsible party: Byron Walker

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C         Monthly Operating Report for Small Business Under Chapter 11         page **1**

Debtor Name  RWE Services, LLC

Case number  25-43579-ELM(V)

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ -5,162.86

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 89,612.15

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 75,384.68

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 14,227.47

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 25,554.13

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name  RWE Services, LLC                                    Case number  25-43579-ELM(V)

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                           $ 133,462.58

    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?                                   10
27. What is the number of employees as of the date of this monthly report?                      12

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 12,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                               $ 0.00
31. How much have you paid in total other professional fees since filing the case?              $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|     | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
| --- | --- | --- | --- | --- | --- |
| 32. Cash receipts       | $ 90,000.00 | − | $ 89,612.15 | = | $ 387.85 |
| 33. Cash disbursements  | $ 85,000.00 | − | $ 75,384.68 | = | $ 9,615.32 |
| 34. Net cash flow       | $ 5,000.00  | − | $ 14,227.47 | = | $ 9,227.47 |

35. Total projected cash receipts for the next month:                    $ 200,000.00
36. Total projected cash disbursements for the next month:             − $ 180,000.00
37. Total projected net cash flow for the next month:                  = $ 20,000.00

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 3

Debtor Name  RWE Services, LLC                     Case number 25-43579-ELM(V)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026
Account Number: 7007

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00448630 DRE 201 219 03126 NNNNNNNNNNN 1 000000000 64 0000

RWE SERVICES, LLC
1206 DELMARVA CT
GRANBURY TX 76048-4372

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $11,326.67 |
| Deposits and Additions | 5 | 89,612.15 |
| Checks Paid | 33 | -60,548.44 |
| ATM & Debit Card Withdrawals | 14 | -1,455.60 |
| Electronic Withdrawals | 3 | -13,380.65 |
| Ending Balance | 55 | $25,554.13 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | Deposit  1286549048 | $19,611.78 |
| 01/05 | Online Transfer From Chk ...9955 Transaction#: 27592835086 | 10,000.00 |
| 01/06 | Orig CO Name:JPMorgan Chase    Orig ID:9200502233 Desc Date:260106 CO Entry Descr:Acctverifysec:PPD   Trace#:021000028476404 Eed:260106   Ind ID: Ind Name:Auth Trn: 0068476404Tc | 0.32 |
| 01/06 | Orig CO Name:JPMorgan Chase    Orig ID:9200502233 Desc Date:260106 CO Entry Descr:Acctverifysec:PPD   Trace#:021000028476416 Eed:260106   Ind ID: Ind Name:Auth Trn: 0068476416Tc | 0.05 |
| 01/21 | Orig CO Name:Williams Field S    Orig ID:2670775004 Desc Date:260121 CO Entry Descr:Payments  Sec:CTX   Trace#:021000027465055 Eed:260121   Ind ID:779907 Ind Name:0009Rwe Services LLC Trn: 0217465055Tc | 60,000.00 |
| **Total Deposits and Additions** | | **$89,612.15** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1034 ^ | | 01/13 | $1,329.11 |
| 1035 ^ | | 01/13 | 1,167.48 |
| 1036 ^ | | 01/13 | 1,167.48 |
| 1038 * ^ | | 01/06 | 83.11 |
| 1039 ^ | | 01/02 | 1,329.11 |
| 1040 ^ | | 01/02 | 1,766.48 |
| 1041 ^ | | 01/05 | 1,217.32 |
| 1042 ^ | | 01/02 | 1,250.09 |

Page 1 of 4



January 01, 2026 through January 30, 2026

Account Number: 7007

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1043 ^ | | 01/13 | 1,250.09 |
| 1044 ^ | | 01/13 | 850.09 |
| 1045 ^ | | 01/12 | 6,039.65 |
| 1046 ^ | | 01/12 | 1,150.00 |
| 1047 ^ | | 01/20 | 1,921.80 |
| 1048 ^ | | 01/15 | 1,921.80 |
| 1049 ^ | | 01/20 | 1,921.80 |
| 1051 *^ | | 01/14 | 319.53 |
| 1052 ^ | | 01/14 | 1,921.80 |
| 1053 ^ | | 01/14 | 2,457.75 |
| 1054 ^ | 01/14 | 01/14 | 2,650.12 |
| 1055 ^ | | 01/14 | 2,050.97 |
| 1056 ^ | | 01/16 | 2,050.97 |
| 1057 ^ | | 01/20 | 1,745.59 |
| 1058 ^ | | 01/20 | 1,297.14 |
| 1059 ^ | | 01/22 | 38.99 |
| 1060 ^ | | 01/21 | 146.00 |
| 1065 *^ | | 01/22 | 13,805.93 |
| 1066 ^ | | 01/30 | 400.00 |
| 1072 *^ | | 01/28 | 287.91 |
| 1073 ^ | | 01/29 | 1,463.81 |
| 1074 ^ | | 01/29 | 1,805.92 |
| 1075 ^ | | 01/30 | 1,702.92 |
| 1076 ^ | | 01/29 | 1,567.80 |
| 1079 *^ | | 01/30 | 469.88 |

**Total Checks Paid** **$60,548.44**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/06 | Card Purchase | 01/05 Ntta Online 972-818-6882 TX Card 2462 | $100.00 |
| 01/07 | Card Purchase With Pin | 01/07 Usps PO 48368500 530 N Granbury TX Card 2470 | 20.96 |
| 01/08 | Card Purchase | 01/07 Santo Propane Granbury TX Card 2470 | 47.60 |
| 01/15 | Card Purchase | 01/14 Fedex397736477426 Memphis TN Card 2470 | 58.30 |
| 01/15 | Card Purchase | 01/14 Fedex397736515133 Collierville TN Card 2470 | 10.95 |
| 01/22 | Card Purchase | 01/21 Usps PO 4836850048 Granbury TX Card 2470 | 20.96 |
| 01/26 | Card Purchase | 01/22 Caseys 4756 Granbury TX Card 2462 | 17.91 |
| 01/26 | Non-Chase ATM Withdraw | 01/24 1000 North Oak Street Pearsall TX Card 2546 | 503.00 |
| 01/26 | Card Purchase With Pin | 01/25 Caseys 4756 2101 Weath Granbury TX Card 2462 | 36.00 |
| 01/26 | ATM Withdrawal | 01/25 5258 De Zavala Rd San Antonio TX Card 2546 | 60.00 |
| 01/28 | Card Purchase | 01/27 Chevron 0201248 Pearsall TX Card 2546 | 33.06 |



January 01, 2026 through January 30, 2026

Account Number: ███████7007

## ATM & DEBIT CARD WITHDRAWALS | (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/28 | Card Purchase | 01/27 Fedex Offic02100040212 Granbury TX Card 2470 | 61.75 |
| 01/29 | Card Purchase | 01/28 Safety Plus LLC - Pear 325-4360055 TX Card 2546 | 113.16 |
| 01/29 | Card Purchase | 01/29 Cherry Technologies 888-8397171 CA Card 2470 | 371.95 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,455.60** |

## ATM & DEBIT CARD SUMMARY

**Byron Earl Walker  Card 2462**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $153.91 |
| Total Card Deposits & Credits | $0.00 |

**Karin Sue Gaddis  Card 2470**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $592.47 |
| Total Card Deposits & Credits | $0.00 |

**Carlos Cuevas  Card 2546**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $563.00 |
| Total Card Purchases | $146.22 |
| Total Card Deposits & Credits | $0.00 |

**ATM & Debit Card Totals**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $563.00 |
| Total Card Purchases | $892.60 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | Orig CO Name:JPMorgan Chase    Orig ID:9200502233 Desc Date:260106 CO Entry Descr:Acctverifysec:Web   Trace#:021000028476525 Eed:260106  Ind ID:27592798761 Ind Name:Auth Trn: 0068476525Tc | $0.37 |
| 01/21 | 01/21 Domestic Wire Transfer Via: Plainscapital Bank/111322994 A/C: 817 Equine Syndicate LLC Pooville TX 76487 US Ref: Lot 310 Cash Iz The Key Imad: 0121Mmqfmp2M031542 Trn: 3558886021Es | 13,000.00 |
| 01/29 | Orig CO Name:Prudential    Orig ID:3046100024 Desc Date:260129 CO Entry Descr:Payments Sec:Web  Trace#:021000025574526 Eed:260129  Ind ID:898653638600690    Ind Name:Byron Walker Trn: 0295574526Tc | 380.28 |
| **Total Electronic Withdrawals** | | **$13,380.65** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/02 | $6,980.99 | 01/13 | 22,169.88 | 01/22 | 34,829.48 |
| 01/05 | 35,375.45 | 01/14 | 12,769.71 | 01/26 | 34,212.57 |
| 01/06 | 35,192.34 | 01/15 | 10,778.66 | 01/28 | 33,829.85 |
| 01/07 | 35,171.38 | 01/16 | 8,727.69 | 01/29 | 28,126.93 |
| 01/08 | 35,123.78 | 01/20 | 1,841.36 | 01/30 | 25,554.13 |
| 01/12 | 27,934.13 | 01/21 | 48,695.36 | | |



January 01, 2026 through January 30, 2026
Account Number: 7007

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $0.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 50 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| **Total Transactions** | **55** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000002906377007 | | | | | |
| Transactions | 55 | 0 | 55 | $0.00 | $0.00 |
| Subtotal | | | | | $0.00 |
| Other Fees | | | | | |
| Electronic Credits | 3 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 52 | 250 | 0 | $0.50 | $0.00 |
| Domestic Wire Fee | 1 | 2 | 0 | $35.00 | $0.00 |
| ATM - Non Chase Withdrawal | 1 | 0 | 1 | $2.50 | $0.00 |
| **Total Service Charge** | | | | | **$0.00** |
| **ACCOUNT** 000002906377007 | | | | | |
| Electronic Credits | 3 | | | | |
| Non-Electronic Transactions | 52 | | | | |
| Domestic Wire Fee | 1 | | | | |
| ATM - Non Chase Withdrawal | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4