UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | CASE NO: 25-43579-elm11 |
|---|---|
| RWE SERVICES, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 39 |

On 2/19/2026, I did cause a copy of the following documents, described below,

Amended Chapter 11 Plan ECF Docket Reference No. 39

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>RWE SERVICES, LLC | CASE NO: 25-43579-elm11<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 39 |

On 2/19/2026, a copy of the following documents, described below,

Amended Chapter 11 Plan ECF Docket Reference No. 39

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-43579-ELM11<br>NORTHERN DISTRICT OF TEXAS<br>THU FEB 19 9-8-22 PST 2026 | (U)CATERPILLAR FINANCIAL SERVICES CORPORATION C | (U)DEERE COMPANY DBA JOHN DEERE FINANCIAL |

| EXCLUDE | DEBTOR | EXCLUDE |
|---|---|---|
| (U)NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVIC | RWE SERVICES LLC<br>1206 DELMARVA CT<br>GRANBURY TX 76048-4372 | 501 W TENTH STREET<br>FORT WORTH TX 76102-3637 |

| | | |
|---|---|---|
| ARTURO GUTIERREZ<br>123 HARVEST LANE<br>FLORESVILLE TX 78114-4249 | ATTORNEY GENERAL<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH CONSTITUTION AVE NW<br>WASHINGTON DC 20530-0001 | BRACKETT ELLIS<br>100 MAIN ST<br>FORT WORTH TX 76102-3008 |

| | | |
|---|---|---|
| CARLOS GUTIERREZ<br>4927 TY TERRACE ST 3<br>SAN ANTONIO TX 78229-4994 | (P)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | CAT FINANCIAL CARD<br>PO BOX 73664<br>DALLAS TX 75373-0001 |

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION<br>DICKINSON WRIGHT PLLC<br>CO RICHARD MCNITZKY<br>607 W 3RD STREET SUITE 2500<br>AUSTIN TX 78701-4713 | CHEVRON TEXACO<br>WEXBANK<br>PO BOX 57748<br>SALT LAKE CITY UT 84157-0748 | (P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |

| | | |
|---|---|---|
| FORWARD FINANCING<br>CO BRIAN LEBLANC<br>53 STATE STREET FLOOR 20<br>BOSTON MA 02109-2820 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE ST MC5026<br>DALLAS TX 75242 | IRS<br>SPECIAL PROCEDURESINSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (D)(P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | (D)(P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | (D)(P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |

| EXCLUDE | EXCLUDE | EXCLUDE |
|---|---|---|
| (D)(P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | (D)(P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | (D)(P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |

| | | |
|---|---|---|
| LGBS<br>3500 MAPLE AVE SUITE 800<br>DALLAS TX 75219-3959 | LGBSDALLAS<br>2777 N STEMMONS FWY SUITE 1000<br>DALLAS TX 75207-2328 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVIC<br>ANTHONY SCHROEDER<br>ALDRIDGE PITE LLP<br>3333 CAMINO DEL RIO SOUTH SUITE 225<br>SAN DIEGO CA 92108-3808 |

| | | |
|---|---|---|
| PERDUE BRANDON FIELDER COLLINS AND MOTT LLP<br>500 E BORDER 640<br>ARLINGTON   TX 76010-7457 | RED RIVER SPECIALTIES<br>PO BOX 73664<br>DALLAS   TX 75373-0001 | RICK BARNESTAX ASSESSOR<br>100 E WEATHERFORD STREET<br>FORT WORTH   TX 76196-0206 |
| ROZELL SPRAYER MANUFACTURING<br>14264 STATE HWY 64 WEST<br>TYLER   TX 75704-6420 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV   BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | TAX DIVISIONUS DEPARTMENT OF JUSTICE<br>717 N HARWOOD   STE 400<br>DALLAS   TX 75201-6598 |
| TEXAS ALCOHOLIC BEV COMM<br>LICENSES AND PERMITS DIVISION<br>PO BOX 13127<br>AUSTIN   TX 78711-3127 | TEXAS ATTORNEY GENERAL<br>BKCOLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN   TX 78711-2548 | TEXAS WORKFORCE COMM<br>TEC BUILDINGBANKRUPTCY<br>101 E 15TH STREET<br>AUSTIN   TX 78778-0001 |
| TEXAS WORKFORCE COMMISSION<br>101 E 15TH STREET ROOM 556<br>AUSTIN   TX 78778-0001 | US ATTORNEYNORTH<br>3RD FLOOR   1100 COMMERCE ST<br>DALLAS   TX 75242 | US TRUSTEE<br>1100 COMMERCE ST   RM 976<br>DALLAS   TX 75242-0996 |
| UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS   TX 75242-0996 | WEX BANK<br>ATTN LEGAL   BANKRUPTCY<br>1 HANCOCK STREET<br>PORTLAND   ME 04101-4217 | BEHROOZ P VIDA SBRA V<br>3000 CENTRAL DR<br>BEDFORD   TX 76021-3671 |
| CLAYTON EVERETT<br>515 E BORDER ST<br>STE 163<br>76010<br>ARLINGTON   TX 76010-7402 | WARREN V NORRED<br>NORRED LAW PLLC<br>515 E BORDER STREET<br>ARLINGTON   TX 76010-7402 | |