Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
E-mail:  mtaplett@popehardwicke.com
Attorneys for PLAINSCAPITAL BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RWE SERVICES, LLC | § | CASE NO.25-43579 |
| | § | |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, PlainsCapital Bank, a party-in-interest herein, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Matthew T. Taplett, Esq.
Pope, Hardwicke, Christie, Schell, Kelly & Taplett, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102

Date: February 27, 2026                    Respectfully submitted,

                                           POPE, HARDWICKE, CHRISTIE, SCHELL,
                                             KELLY & TAPLETT, L.L.P.

                                           By:    */s/ Matthew T. Taplett*
                                                  Matthew T. Taplett
                                                  State Bar No. 24028026

                                           500 W. 7th Street, Suite 600
                                           Fort Worth, Texas 76102
                                           Telephone No. (817) 332-3245
                                           Facsimile No.  (817) 877-4781
                                           E-mail:   mtaplett@popehardwicke.com

                                           ATTORNEYS FOR PLAINSCAPITAL BANK

---

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 27th day of February 2026, a true and correct copy of this document was served via the ECF system or by U.S. first class mail, postage prepaid, on the following:

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Behrooz P. Vida, SBRA V Trustee
3000 Central Dr.
Bedford, TX 76021

Richard J. McNitzky
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701

Clayton Everett
Warren V. Norred
Norred Law PLLC
515 E. Border Street, Suite 163
Arlington, TX 76010

Anthony Schroeder
101 East Park Blvd, Suite 600
Plano, TX 75074

All other parties requesting notice

By: */s/ Matthew T. Taplett*
　　　Matthew T. Taplett