NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**RWE Services, LLC**<br>　1206 Delmarva Ct.<br>　Granbury, TX 76048<br>　EIN: 26-0902469<br><br>**Debtor** | **Case No. 25-43579-elm11**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |

### NOTICE OF HEARING OF CONFIRMATION OF AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 18, 2026

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on RWE Services, LLC's confirmation of *Amended Plan of Reorganization* [Dkt.39] has been set for **Tuesday, April 14, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 204 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

| | |
|---|---|
| DATE:   March 12, 2026. | Respectfully submitted:<br><br>By: /s/ Clayton L. Everett<br>Clayton L. Everett<br>Texas State Bar No. 24065212<br>clayton@norredlaw.com<br>Norred Law, PLLC<br>515 E. Border St.<br>Arlington, Texas 76010<br>O: (817) 704-3984; F: (817) 524-6686<br>Counsel for Debtor |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2026, a true and correct copy of the Notice of Hearing on Confirmation of Amended Plan of Reorganization was served via first-class U.S. Mail, postage prepaid, on all creditors and parties in interest listed on the attached Creditor Matrix, and by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee.

                                                                             By: __/s/ Clayton L. Everett____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-43579-elm11<br>Northern District of Texas<br>Ft. Worth<br>Thu Mar 12 13:03:25 CDT 2026 | PlainsCapital Bank<br>c/o Matthew T. Taplett, Esq.<br>500 W.7th St. #600<br>Fort Worth, TX 76102-4751 | RWE Services, LLC<br>1206 Delmarva Ct.<br>Granbury, TX 76048-4372 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Arturo Gutierrez<br>123 Harvest Lane<br>Floresville, TX 78114-4249 | Attorney General<br>Main Justice Bldg, Room 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530-0001 |
| Brackett & Ellis<br>100 Main St.<br>Fort Worth, TX 76102-3008 | Carlos Gutierrez<br>4927 Ty Terrace St #3<br>San Antonio, TX 78229-4994 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Cat Financial Card<br>PO Box 73664<br>Dallas, TX 75373-0001 | Caterpillar Financial Services Corporation<br>Dickinson Wright PLLC<br>c/o Richard McNitzky<br>607 W. 3rd Street, Suite 2500<br>Austin, TX 78701-4713 | Chevron Texaco<br>WexBank<br>PO Box 57748<br>Salt Lake City, UT 84157-0748 |
| (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Forward Financing<br>c/o Brian Leblanc<br>53 State Street Floor 20<br>Boston, MA 02109-2820 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE ST MC5026 DALLAS TX 75242 |
| IRS<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LGBS<br>3500 MAPLE AVE SUITE 800<br>DALLAS, TX 75219-3959 | LGBS-Dallas<br>2777 N Stemmons Fwy Suite 1000<br>Dallas, TX 75207-2328 |
| Newrez LLC d/b/a/ Shellpoint Mortgage Servic<br>ANTHONY SCHROEDER<br>ALDRIDGE PITE, LLP<br>3333 CAMINO DEL RIO SOUTH, SUITE 225<br>SAN DIEGO, CA 92108-3808 | Perdue Brandon Fielder Collins and Mott LLP<br>500 E. Border #640<br>Arlington, TX 76010-7457 | Red River Specialties<br>PO Box 73664<br>Dallas, TX 75373-0001 |
| Rick Barnes-Tax Assessor<br>100 E. Weatherford Street<br>Fort Worth, TX 76196-0206 | Rozell Sprayer Manufacturing<br>14264 State Hwy 64 West<br>Tyler, TX 75704-6420 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Tax Division-US Department of Justice<br>717 N. Harwood, Ste. 400<br>Dallas, TX 75201-6598 | Texas Alcoholic Bev. Comm.<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Attorney General<br>BK-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Comm.<br>TEC Building-Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>101 E. 15th Street Room 556<br>Austin, TX 78778-0001 | U.S. Attorney-North<br>3rd. Floor, 1100 Commerce St.<br>Dallas, TX 75242 |

| | | |
|---|---|---|
| U.S. Trustee<br>1100 Commerce St., Rm 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | WEX Bank<br>Attn: Legal / Bankruptcy<br>1 Hancock Street<br>Portland, ME 04101-4217 |
| Behrooz P. Vida -SBRA V<br>3000 Central Dr.<br>Bedford, TX 76021-3671 | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010-7402 | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010-7402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cat Financial<br>PO Box 730681<br>Dallas, TX 75373 | Deere & Company dba John Deere Financial<br>PO Box 6600<br>Johnston IA 50131 | (d)John Deere<br>#1191<br>6400 NW 86th St<br>Johnston, IA 50131 |
| (d)John Deere<br>#1397<br>6400 NW 86th St<br>Johnston, IA 50131 | (d)John Deere<br>#3264<br>6400 NW 86th St<br>Johnston, IA 50131 | (d)John Deere<br>#92494<br>6400 NW 86th St<br>Johnston, IA 50131 |
| (d)John Deere<br>6400 NW 86th St<br>Johnston, IA 50131 | (d)John Deere Financial, f.s.b.<br>PO Box 6600<br>Johnston IA 50131 | State Comptroller<br>Revenue Accounting Division<br>PO Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caterpillar Financial Services Corporation | (u)Deere & Company d/b/a John Deere Financial | (u)Newrez LLC d/b/a/ Shellpoint Mortgage Serv |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38