Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>RWE Services, LLC<br><br>              Debtor | Case No. 25-43579-elm11<br><br>Chapter 11<br><br>Subchapter V Case |

### DEBTOR'S NON-MATERIAL MODIFICATION TO AMENDED PLAN REGARDING TREATMENT OF PLAINSCAPITAL BANK

RWE Services, LLC ("Debtor") files this Non-Material Modification ("Modification") to its Amended Subchapter V Plan of Reorganization ("Plan") and states:

1. The Debtor hereby modifies the Plan to clarify the treatment of PlainsCapital Bank ("PCB"). This Modification is limited solely to PCB-related provisions and does not alter the treatment of any creditor.

2. All provisions of the Plan purporting to classify, treat, or otherwise modify any claim of PlainsCapital Bank are hereby deleted in their entirety. PCB is not a creditor of the Debtor and shall not be treated under this Plan.

3. Any references in the Plan to payments made by the Debtor to PlainsCapital Bank are hereby clarified to reflect that:

> The Debtor may make ordinary course business expenditures. To the extent such expenditures are used by the non-debtor Byron Earl Walker to satisfy his obligations to PlainsCapital Bank in an affiliated Chapter 11 Subchapter V Case No. 25-40278-mxm11, such payments are incidental and shall not constitute treatment of PlainsCapital Bank under the Plan.

4.      To clarify, such payments are not required by this Plan, do not constitute treatment of PCB, and do not modify the rights of PCB.

5.      Nothing in the Plan shall impair, modify, or otherwise affect the rights of PlainsCapital Bank against any non-debtor, including Byron Earl Walker or any collateral securing such obligations.

6.      This Modification does not materially and adversely affect the treatment of any creditor or interest holder and does not require re-notice, and ballots are not required to be solicited because Debtor intends to confirm under § 1191(b).

7.      Except as expressly modified herein, all other provisions of the Plan remain unchanged.

WHEREFORE, the Debtor requests that the Court consider the Plan, as modified, at the confirmation hearing.

Dated: April 10, 2026.                                  Respectfully submitted:

*/s/ Clayton L. Everett*
Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for RWE Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee, and Counsel for PlainsCapital Bank.

By: __/s/ Clayton L. Everett____