NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**RWE Services, LLC**<br>  1206 Delmarva Ct.<br>  Granbury, TX 76048<br>  EIN: 26-0902469<br><br>  **Debtor** | **Case No. 25-43579-elm11**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |

**<u>NOTICE OF RESET HEARING ON CONFIRMATION OF
AMENDED PLAN OF REORGANIZATION AND DEADLINE TO FILE OBJECTIONS</u>**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that **RWE Services, LLC** ("<u>Debtor</u>") has filed its *Amended Subchapter V Chapter 11 Plan of Reorganization* [Dkt. 39] ("<u>Plan</u>"). On April 10, 2026, the Debtor also filed its *Non-Material Modification to Amended Plan Regarding Treatment of PlainsCapital Bank* [Dkt. 46] ("<u>Modification</u>"), which clarified that PlainsCapital Bank is not a creditor of the Debtor and deleted all provisions purporting to treat its claims under this Plan.

**OBJECTION DEADLINE**: Any objection to the confirmation of the Plan, as modified, must be filed in writing with the Court and served upon the parties listed below no later than May 13, 2026. If no timely objections are filed, the Court may confirm the Plan without further notice or hearing.

The Court will conduct a hearing to consider confirmation of the Plan, as modified, on **Thursday, May 21, 2026, at 2:30 p.m.** before the Honorable Edward L. Morris, United States

Bankruptcy Judge. Parties may attend in person at the United States Courthouse at 501 W. Tenth Street, Fort Worth, Texas 76102, Room 204 or via WebEx, information below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309 445 3213

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

DATE:    April 13, 2026.

Respectfully submitted:

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the Notice of Hearing on Confirmation of Amended Plan of Reorganization was served via first-class U.S. Mail, postage prepaid, on all creditors and parties in interest listed on the Creditor Matrix, and by electronic service via the Court's CM/ECF system on all parties registered to receive electronic notice, including the United States Trustee and the Subchapter V Trustee.

By: __/s/ Clayton L. Everett____