UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | CASE NO: 25-43579-elm |
|---|---|
| RWE Services, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 46 |

On 4/14/2026, I did cause a copy of the following documents, described below,

Debtor's Non-Material Modification to Amended Plan ECF Docket Reference No. 46

Notice of Hearing 47

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/14/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

RWE Services, LLC

CASE NO: 25-43579-elm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 46

On 4/14/2026, a copy of the following documents, described below,

Debtor's Non-Material Modification to Amended Plan ECF Docket Reference No. 46

Notice of Hearing 47

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

WEX BANK
ATTN: LEGAL / BANKRUPTCY
1 HANCOCK STREET
PORTLAND, ME 04101-4217

TEXAS ATTORNEY GENERAL
BK-COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

U.S. ATTORNEY-NORTH
3RD. FLOOR, 1100 COMMERCE ST.
DALLAS, TX 75242

RWE SERVICES, LLC
1206 DELMARVA CT.
GRANBURY, TX 76048-4372

ATTORNEY GENERAL
MAIN JUSTICE BLDG, ROOM 5111
10TH & CONSTITUTION AVE., N.W.
WASHINGTON, DC 20530-0001

(P)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

CHEVRON TEXACO
WEXBANK
PO BOX 57748
SALT LAKE CITY, UT 84157-0748

INTERNAL REVENUE SERVICE
1100 COMMERCE ST MC5026
DALLAS TX 75242

LGBS-DALLAS
2777 N STENUNONS FWY SUITE 1000
DALLAS, TX 75207-2328

RED RIVER SPECIALTIES
PO BOX 73664
DALLAS, TX 75373-0001

PLAINSCAPITAL BANK
C/O MATTHEW T. TAPLETT, ESQ.
500 W.7TH ST. #600
FORT WORTH, TX 76102-4751

ARTURO GUTIERREZ
123 HARVEST LANE
FLORESVILLE, TX 78114-4249

CARLOS GUTIERREZ
4927 TY TERRACE ST #3
SAN ANTONIO, TX 78229-4994

CATERPILLAR FINANCIAL SERVICES CORPORATION
DICKINSON WRIGHT PLLC
C/O RICHARD MCNITZKY
607 W. 3RD STREET, SUITE 2500
AUSTIN, TX 78701-4713

FORWARD FINANCING
C/O BRIAN LEBLANC
53 STATE STREET FLOOR 20
BOSTON, MA 02109-2820

LGBS
3500 MAPLE AVE SUITE 800
DALLAS, TX 75219-3959

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E. BORDER #640
ARLINGTON, TX 76010-7457

ROZELL SPRAYER MANUFACTURING
14264 STATE HWY 64 WEST
TYLER, TX 75704-6420

TEXAS ALCOHOLIC BEV. COMM.
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN, TX 78711-3127

TEXAS WORKFORCE COMMISSION
101 E. 15TH STREET ROOM 556
AUSTIN, TX 78778-0001

(P) DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

IRS
SPECIAL PROCEDURES-INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVIC
ANTHONY SCHROEDER
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, SUITE 225
SAN DIEGO, CA 92108-3808

RICK BARNES-TAX ASSESSOR
100 E. WEATHERFORD STREET
FORT WORTH, TX 76196-0206

CASE INFO

TAX DIVISION-US DEPARTMENT OF JUSTICE
717 N. HARWOOD, STE. 400
DALLAS, TX 75201-6598

TEXAS WORKFORCE COMM.
TEC BUILDING-BANKRUPTCY
101 E. 15TH STREET
AUSTIN, TX 78778-0001

LABEL MATRIX FOR LOCAL NOTICING
0539-4
CASE 25-43579-ELMLL
NORTHERN DISTRICT OF TEXAS
FT. WORTH
MON APR 13 15:29:34 CDT 2026

501 W. TENTH STREET
FORT WORTH, TX 76102-3637

BRACKETT & ELLIS
100 MAIN ST.
FORT WORTH, TX 76102-3008