Fill in this information to identify the case:

Debtor Name RWE Services, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-43579-ELM-(V)

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:          March                                           Date report filed:   04/20/2026
                                                                                     MM / DD / YYYY

Line of business:  Oilfield                                     NAISC code:   _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:             Byron Walker

Original signature of responsible party

Printed name of responsible party       Byron Walker

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  RWE Services, LLC                                    Case number 25-43579-ELM-(V)

17. Have you paid any bills you owed before you filed bankruptcy?                  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 45,555.98

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 222,670.54

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 236,499.30

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 31,627.22

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 77,183.20

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**             $           0.00

    *(Exhibit E)*

Debtor Name  RWE Services, LLC                              Case number 25-43579-ELM-(V)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                        $            0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             10

27. What is the number of employees as of the date of this monthly report?               12

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $   12,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $      0.00

30. How much have you paid this month in other professional fees?                                 $      0.00

31. How much have you paid in total other professional fees since filing the case?               $      0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **—** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 200,000.00 | — | $ 222,670.54 | = | $ -22,670.54 |
| 33. **Cash disbursements** | $ 180,000.00 | — | $ 236,439.30 | = | $ -26,439.30 |
| 34. **Net cash flow** | $ 20,000.00 | — | $ 13,768.76 | = | $ 6,231.24 |

35. Total projected cash receipts for the next month:                              $ 250,000.00

36. Total projected cash disbursements for the next month:                       - $ 200,000.00

37. Total projected net cash flow for the next month:                            = $  50,000.00

Debtor Name  RWE Services, LLC                                          Case number 25-43579-ELM-(V)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

February 28, 2026 through March 31, 2026

Account Number: ▮▮▮▮▮▮▮▮7007



00443883 DRE 201 219 09126 NNNNNNNNNNN 1 000000000 64 0000

RWE SERVICES, LLC
1206 DELMARVA CT
GRANBURY TX 76048-4372

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$45,555.98** |
| Deposits and Additions | 8 | 222,670.54 |
| Checks Paid | 39 | -77,305.23 |
| ATM & Debit Card Withdrawals | 87 | -31,207.94 |
| Electronic Withdrawals | 6 | -127,986.13 |
| Fees | 1 | -100.00 |
| **Ending Balance** | **141** | **$31,627.22** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | Orig CO Name:Williams Field S    Orig ID:2670775004 Desc Date:260306 CO Entry Descr:Payments  Sec:CTX   Trace#:021000029120857 Eed:260306  Ind ID:803892 Ind Name:0010Rwe Services LLC Trn: 0659120857Tc | $54,559.50 |
| 03/09 | Deposit    1299104133 | 250.00 |
| 03/20 | Card Purchase Return    03/19 Walmart.Com 800-925-6278 AR Card 2462 | 13.74 |
| 03/23 | Online Transfer From Chk ...9955 Transaction#: 28546229766 | 500.00 |
| 03/24 | Card Purchase Return    03/23 O'Reilly 1576 Pearsall TX Card 0043 | 1.13 |
| 03/24 | Orig CO Name:Williams Field S    Orig ID:2670775004 Desc Date:260324 CO Entry Descr:Payments  Sec:CTX   Trace#:021000023787078 Eed:260324  Ind ID:811939 Ind Name:0013Rwe Services LLC Trn: 0833787078Tc | 116,081.20 |
| 03/25 | Orig CO Name:Williams Field S    Orig ID:2670775004 Desc Date:260325 CO Entry Descr:Payments  Sec:CTX   Trace#:021000028616334 Eed:260325  Ind ID:812296 Ind Name:0012Rwe Services LLC Trn: 0848616334Tc | 51,200.80 |
| 03/31 | Card Purchase Return    03/29 Wm Supercenter #371 Granbury TX Card 2462 | 64.17 |
| **Total Deposits and Additions** | | **$222,670.54** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1107  ^ | | 03/03 | $1,567.79 |
| 1108  ^ | | 03/03 | 1,336.83 |
| 1110  * ^ | | 03/04 | 55.41 |
| 1111  ^ | | 03/02 | 249.34 |



February 28, 2026 through March 31, 2026

Account Number: ███████7007

## CHECKS PAID | (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1116 * ^ | | 03/03 | 1,567.80 |
| 1117 ^ | | 03/03 | 1,467.78 |
| 1119 * ^ | | 03/06 | 6,039.66 |
| 1122 * ^ | | 03/25 | 5,000.00 |
| 1123 ^ | | 03/09 | 5,122.00 |
| 1124 ^ | | 03/12 | 1,567.79 |
| 1125 ^ | | 03/17 | 967.79 |
| 1126 ^ | | 03/17 | 1,567.80 |
| 1127 ^ | | 03/24 | 20.78 |
| 1128 ^ | | 03/09 | 242.42 |
| 1129 ^ | | 03/26 | 579.43 |
| 1130 ^ | | 03/26 | 639.99 |
| 1131 ^ | | 03/13 | 2,182.02 |
| 1132 ^ | | 03/13 | 1,567.78 |
| 1133 ^ | | 03/17 | 1,336.82 |
| 1134 ^ | | 03/17 | 1,567.80 |
| 1135 ^ | | 03/12 | 1,809.00 |
| 1136 ^ | | 03/13 | 1,297.14 |
| 1137 ^ | | 03/20 | 250.00 |
| 1138 ^ | | 03/23 | 8,796.09 |
| 1139 ^ | | 03/26 | 1,519.55 |
| 1140 ^ | | 03/30 | 340.31 |
| 1141 ^ | | 03/30 | 1,627.64 |
| 1142 ^ | | 03/31 | 340.31 |
| 1143 ^ | | 03/30 | 1,351.45 |
| 1144 ^ | 03/26 | 03/26 | 1,582.42 |
| 1145 ^ | 03/26 | 03/26 | 1,674.25 |
| 1146 ^ | | 03/27 | 193.93 |
| 1147 ^ | | 03/30 | 1,351.45 |
| 1148 ^ | | 03/25 | 751.45 |
| 1149 ^ | | 03/26 | 1,408.94 |
| 1152 * ^ | | 03/25 | 9,504.03 |
| 1153 ^ | | 03/31 | 673.17 |
| 1155 * ^ | | 03/31 | 1,182.24 |
| 1156 ^ | | 03/31 | 7,004.83 |

**Total Checks Paid** **$77,305.23**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Card Purchase      02/27 Allsups 2438 Mineral Wells TX Card 2462 | $28.50 |
| 03/02 | Card Purchase With Pin  02/28 Cherry Technolog San Francisco CA Card 2470 | 371.95 |
| 03/02 | Card Purchase      03/01 O'Reilly 1576 Pearsall TX Card 0043 | 94.10 |
| 03/02 | Card Purchase      03/01 Autozone #4213 Pearsall TX Card 0043 | 15.14 |
| 03/02 | Non-Chase ATM Withdraw  03/02 1000 North Oak Street Pearsall TX Card 0043 | 503.00 |



February 28, 2026 through March 31, 2026

Account Number: ███████████7007



## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Non-Chase ATM Withdraw  03/02 1000 North Oak Street Pearsall TX Card 0043 | 83.00 |
| 03/03 | Card Purchase          03/02 Omni Auto Glass 210-892-2229 TX Card 0043 | 50.00 |
| 03/03 | Card Purchase          03/03 Ncha Stallionfoalprogra Fort Worth TX Card 2462 | 5,150.00 |
| 03/03 | Card Purchase          03/02 Brown Dcjr SC Devine TX Card 0043 | 1,000.29 |
| 03/04 | Card Purchase          03/03 Safety Plus LLC - Pears Pearsall TX Card 0043 | 212.33 |
| 03/04 | Card Purchase          03/03 City of Big Wells Big Wells TX Card 0043 | 62.00 |
| 03/04 | Card Purchase          03/04 Tst* Taco Palenque - CO Cotulla TX Card 0043 | 79.61 |
| 03/04 | Recurring Card Purchase 03/04 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 2462 | 33.71 |
| 03/04 | Non-Chase ATM Withdraw  03/04 425 W Oaklawn Rd Pleasanton TX Card 0043 | 1,003.00 |
| 03/05 | Card Purchase          03/04 Exxon Tex Best #506 Dilley TX Card 0043 | 168.28 |
| 03/06 | Card Purchase          03/05 Refuel 350 Pearsall TX Card 0043 | 10.49 |
| 03/09 | Card Purchase With Pin  03/09 Jj's Fastop Granbury Granbury TX Card 2462 | 37.80 |
| 03/10 | Card Purchase With Pin  03/10 Caseys #4756 2101 Weat Granbury TX Card 2462 | 116.30 |
| 03/10 | Card Purchase With Pin  03/10 Kwik Stop 2 Springtown TX Card 2462 | 125.00 |
| 03/11 | Card Purchase          03/10 Fedex399454257320 Collierville TN Card 2462 | 11.90 |
| 03/11 | Card Purchase          03/10 Ntta Autocharge 972-818-6882 TX Card 2462 | 40.00 |
| 03/11 | Card Purchase          03/10 Ntta Autocharge 972-818-6882 TX Card 2462 | 40.00 |
| 03/12 | Card Purchase          03/11 Sunoco 0966855900 Big Wells TX Card 0043 | 57.81 |
| 03/12 | Card Purchase          03/11 Sunoco 0776709800 Catarina TX Card 0043 | 55.74 |
| 03/12 | Card Purchase          03/11 Texas Secretary of St 512-463-5601 TX Card 2462 | 1.00 |
| 03/13 | Card Purchase          03/11 Integrity Urgent Car Oklahoma City OK Card 2462 | 45.00 |
| 03/13 | Card Purchase          03/12 Papaya Payments 888-8505196 CA Card 2462 | 89.00 |
| 03/13 | Card Purchase          03/12 Hood Vehreg 817-579-3295 TX Card 2462 | 115.25 |
| 03/13 | Card Purchase          03/12 Texas.Gov*Servicefee 512-936-2644 TX Card 2462 | 2.00 |
| 03/13 | Card Purchase          03/12 Hood Vehreg 817-579-3295 TX Card 2462 | 75.25 |
| 03/13 | Card Purchase          03/12 Texas.Gov*Servicefee 512-936-2644 TX Card 2462 | 2.00 |
| 03/13 | Card Purchase          03/12 Hood Vehreg 817-579-3295 TX Card 2462 | 75.25 |
| 03/13 | Card Purchase          03/12 Texas.Gov*Servicefee 512-936-2644 TX Card 2462 | 2.00 |
| 03/13 | Card Purchase          03/12 Hood Vehreg 817-579-3295 TX Card 2462 | 75.25 |
| 03/13 | Card Purchase          03/12 Texas.Gov*Servicefee 512-936-2644 TX Card 2462 | 2.00 |
| 03/13 | Card Purchase          03/12 Lake Granbury Hospital 817-5732273 TX Card 2462 | 42.17 |
| 03/16 | Card Purchase          03/13 Ntta Autocharge 972-818-6882 TX Card 2462 | 54.47 |
| 03/16 | Card Purchase          03/13 Sq *Noiro Chem CO Gosq.Com LA Card 2470 | 5,986.34 |
| 03/16 | Card Purchase With Pin  03/16 Racetrac 280 Granbury TX Card 2462 | 75.00 |
| 03/16 | Card Purchase With Pin  03/16 Caseys #4756 Granbury TX Card 2462 | 25.00 |
| 03/17 | Recurring Card Purchase 03/16 Optimal Health Www.Optimalhe GA Card 2462 | 99.99 |
| 03/17 | Card Purchase          03/16 Crowley Paint And Body Crowley TX Card 2462 | 2,000.00 |
| 03/17 | Card Purchase With Pin  03/17 Wal-Mart #0478      - Pearsall TX Card 0043 | 123.36 |
| 03/18 | Card Purchase          03/17 Ntta Autocharge 972-818-6882 TX Card 2462 | 40.00 |
| 03/18 | Card Purchase          03/17 Harbor Freight Tools34 San Antonio TX Card 0043 | 769.20 |
| 03/18 | Non-Chase ATM Withdraw  03/18 1000 North Oak Street Pearsall TX Card 0043 | 203.00 |
| 03/18 | Card Purchase With Pin  03/18 Wal-Mart #0371 Granbury TX Card 2470 | 190.64 |
| 03/19 | Card Purchase          03/18 The San Antonio Ortho San Antonio TX Card 0043 | 250.00 |
| 03/20 | Card Purchase          03/19 Refuel 350 Pearsall TX Card 0043 | 783.78 |
| 03/20 | Card Purchase          03/19 Refuel 350 Pearsall TX Card 0043 | 302.25 |
| 03/20 | Card Purchase With Pin  03/20 Autozone  4213 505 N O Pearsall TX Card 0043 | 249.57 |
| 03/20 | Card Purchase With Pin  03/20 Autozone  4213 505 N O Pearsall TX Card 0043 | 48.64 |
| 03/20 | Non-Chase ATM Withdraw  03/20 1000 North Oak Street Pearsall TX Card 0043 | 363.00 |
| 03/23 | Card Purchase          03/20 Walmart.Com 800-925-6278 AR Card 2462 | 81.56 |
| 03/23 | Card Purchase          03/20 Autozone #4213 Pearsall TX Card 0043 | 87.61 |
| 03/23 | Non-Chase ATM Withdraw  03/21 1000 North Oak Street Pearsall TX Card 0043 | 403.00 |



## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 03/23 | Card Purchase          03/21 Garner Ice Cream Sho Concan TX Card 0043 | 16.21 |
| 03/23 | Card Purchase          03/21 Domino's 8202 Pearsall TX Card 0043 | 11.89 |
| 03/23 | Card Purchase With Pin  03/22 Qt 939 Outside Benbrook TX Card 2462 | 60.00 |
| 03/23 | Card Purchase          03/22 Wal-Mart #0478 Pearsall TX Card 0043 | 69.38 |
| 03/23 | Non-Chase ATM Withdraw  03/22 1000 North Oak Street Pearsall TX Card 0043 | 203.00 |
| 03/23 | Card Purchase          03/22 Foot Locker - 07477 San Antonio TX Card 0043 | 70.35 |
| 03/23 | Card Purchase          03/22 Tst*China Rose Sw Mili San Antonio TX Card 0043 | 20.87 |
| 03/23 | Card Purchase          03/22 Raising Canes 0364 San Antonio TX Card 0043 | 24.88 |
| 03/24 | Card Purchase          03/23 Refuel 350 Pearsall TX Card 0043 | 990.00 |
| 03/24 | Card Purchase          03/23 Refuel 350 Pearsall TX Card 0043 | 990.00 |
| 03/24 | Card Purchase          03/23 Wal-Mart #0478 Pearsall TX Card 0043 | 174.12 |
| 03/24 | Card Purchase          03/23 Omni Auto Glass 210-892-2229 TX Card 0043 | 50.00 |
| 03/24 | Card Purchase          03/23 Py *A & B Mini Storage 830-3347337 TX Card 0043 | 112.00 |
| 03/24 | Card Purchase          03/23 O'Reilly 1576 Pearsall TX Card 0043 | 543.93 |
| 03/24 | Card Purchase          03/23 Silver Star Grille Shreveport LA Card 2462 | 263.50 |
| 03/24 | Card Purchase With Pin  03/24 Qt 993 Outside Terrell TX Card 2462 | 70.00 |
| 03/25 | Card Purchase          03/24 H-E-B  #458 Carthage TX Card 0043 | 88.57 |
| 03/26 | Recurring Card Purchase 03/25 Optimal Health Www.Optimalhe GA Card 2462 | 563.99 |
| 03/26 | Card Purchase With Pin  03/26 Caseys #4756 Granbury TX Card 2470 | 43.23 |
| 03/27 | Card Purchase          03/25 Elysian Fields Gener Elysian Field TX Card 0043 | 12.80 |
| 03/27 | Card Purchase          03/25 Little G's Mini Mart Carthage TX Card 0043 | 691.96 |
| 03/27 | Card Purchase          03/25 Little G's Mini Mart Carthage TX Card 0043 | 840.84 |
| 03/27 | Card Purchase          03/25 Little G's Mini Mart Carthage TX Card 0043 | 492.24 |
| 03/30 | Card Purchase          03/28 Walmart.Com 800-925-6278 AR Card 2462 | 165.97 |
| 03/30 | Card Purchase          03/28 Walmart.Com 800-925-6278 AR Card 2462 | 9.58 |
| 03/30 | Card Purchase          03/28 Walmart.Com 800-925-6278 AR Card 2462 | 1.47 |
| 03/30 | Card Purchase          03/28 Walmart.Com 800-925-6278 AR Card 2462 | 1.72 |
| 03/30 | Card Purchase With Pin  03/29 Cherry Technolog San Francisco CA Card 2470 | 371.95 |
| 03/30 | Card Purchase With Pin  03/29 Wal-Mart #0371      - Granbury TX Card 2470 | 44.64 |
| 03/31 | Recurring Card Purchase 03/31 Intuit *Quickbooks Cl.Intuit.Com CA Card 2462 | 1,196.32 |
| 03/31 | Card Purchase          03/30 Lake Granbury  - Ec 817-573-2273 TX Card 2470 | 1,000.00 |
| **Total ATM & Debit Card Withdrawals** | | **$31,207.94** |

## ATM & DEBIT CARD SUMMARY

Carlos Cuevas  Card 0043

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $2,761.00 |
| Total Card Purchases | $9,620.24 |
| Total Card Deposits & Credits | $1.13 |

Byron Earl Walker  Card 2462

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,817.95 |
| Total Card Deposits & Credits | $77.91 |

Karin Sue Gaddis  Card 2470

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $8,008.75 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

 **CHASE**

February 28, 2026 through March 31, 2026

Account Number:        ▮▮▮▮▮▮7007



| | |
|---|---|
| Total ATM Withdrawals & Debits | $2,761.00 |
| Total Card Purchases | $28,446.94 |
| Total Card Deposits & Credits | $79.04 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Orig CO Name:Anb Call Center     Orig ID:9100000000 Desc Date:     CO Entry Descr:ACH Collecsec:PPD   Trace#:111300956500441 Eed:260302   Ind ID:          Ind Name:730120 K Gaddis Trn: 0616500441Tc | $1,296.61 |
| 03/09 | 03/09 Online Domestic Wire Transfer Via: First Granbury/111906161 A/C: Walker Cutting Horses LLC Granbury TX 76048 US Imad: 0309Mmqfmp2N026900 Trn: 3614246068Es | 30,000.00 |
| 03/23 | Orig CO Name:Deluxe Bus Sys.     Orig ID:1411877307 Desc Date:     CO Entry Descr:EDI/ACH   Sec:CCD   Trace#:042000014571812 Eed:260323   Ind ID:17082002350506 Ind Name:Rwe Services, LLC     Isa00     00     17091215 927     17111000614 260320175 55U0040100 Trn: 0824571812Tc | 363.52 |
| 03/25 | 03/25 Online Domestic Wire Transfer Via: First Granbury/111906161 A/C: Walker Cutting Horses LLC Granbury TX 76048 US Imad: 0325Mmqfmp2M024592 Trn: 3395736084Es | 50,000.00 |
| 03/27 | 03/27 Online Domestic Wire Transfer Via: First Granbury/111906161 A/C: Walker Cutting Horses LLC Granbury TX 76048 US Imad: 0327Mmqfmp2L006762 Trn: 3181836086Es | 40,000.00 |
| 03/31 | 03/31 Online Domestic Wire Transfer A/C: Deere Credit Services Inc Johnston IA 50131- US Ref: Rwe/Byron Walker Bankruptcy Trn: 3004106090Es | 6,326.00 |
| **Total Electronic Withdrawals** | | **$127,986.13** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Service Charges For The Month of February | $100.00 |
| **Total Fees** | | **$100.00** |

The monthly service fee of $40.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/02 | $42,814.34 | 03/12 | 38,592.10 | 03/23 | 6,070.92 |
| 03/03 | 30,673.85 | 03/13 | 33,019.99 | 03/24 | 118,938.92 |
| 03/04 | 29,227.79 | 03/16 | 26,879.18 | 03/25 | 104,795.67 |
| 03/05 | 29,059.51 | 03/17 | 19,215.62 | 03/26 | 96,783.87 |
| 03/06 | 77,568.86 | 03/18 | 18,012.78 | 03/27 | 54,552.10 |
| 03/09 | 42,416.64 | 03/19 | 17,762.78 | 03/30 | 49,285.92 |
| 03/10 | 42,175.34 | 03/20 | 15,779.28 | 03/31 | 31,627.22 |
| 03/11 | 42,083.44 | | | | |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $50.00 | |
| **Total Service Charges** | **$50.00** | Will be assessed on 4/1/26 |

# CHASE ⬤

February 28, 2026 through March 31, 2026

Account Number: ▮▮▮▮▮▮7007

## SERVICE CHARGE SUMMARY | *(continued)*

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 132 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| **Total Transactions** | **137** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000002906377007 | | | | | |
| Waived Monthly Service Fee | 0 | | | $40.00 | $0.00 |
| Transactions | 137 | 0 | 137 | $0.00 | $0.00 |
| **Subtotal** | | | . | | **$0.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 3 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 134 | 250 | 0 | $0.50 | $0.00 |
| Online Domestic Wire Fee | 4 | 2 | 2 | $25.00 | $50.00 |
| ATM - Non Chase Withdrawal | 7 | 0 | 7 | $2.50 | $0.00 |
| **Total Service Charge (Will be assessed on 4/1/26)** | | | | | **$50.00** |
| **ACCOUNT** 000002906377007 | | | | | |
| Electronic Credits | 3 | | | | |
| Non-Electronic Transactions | 134 | | | | |
| Online Domestic Wire Fee | 4 | | | | |
| ATM - Non Chase Withdrawal | 7 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---