RWE's Exhibit B
Page 1 of 4

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

In re:
RWE Services, LLC
                    Debtor

Case No. 25-43579-elm11

Chapter 11

Subchapter V Case

### ORDER CONFIRMING AMENDED SUBCHAPTER V PLAN FOR RWE SERVICES, LLC.

ON THIS DAY the Court considered for confirmation the Amended Subchapter V

Chapter 11 Plan of Reorganization [Dkt. 39] and the Non-Material Modification to Amended

Plan Regarding Treatment of PlainsCapital Bank [Dkt. 46] (collectively, the "Plan") filed by

RWE Services, LLC (the "Debtor").

The Court finds that:

1. Due and proper notice of the Plan and the confirmation hearing was provided to

   all creditors and parties-in-interest.

Case 25-43579-elm11    Doc 51-2    Filed 05/20/26    Entered 05/20/26 16:06:34    Desc
Debtors Propose Order Confirming the Plan    Page 2 of 4

RWE's Exhibit B
Page 2 of 4

2. The Plan complies with the applicable provisions of the Bankruptcy Code, including the requirements of 11 U.S.C. §§ 1122, 1123, 1129(a) (other than § 1129(a)(8)), and 1191.

3. The Plan is feasible and provides that the Debtor will contribute all projected disposable income for a period of three (3) years to the payment of claims under the Plan.

4. The Plan does not discriminate unfairly and is fair and equitable with respect to each impaired class.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plan is hereby CONFIRMED under 11 U.S.C. § 1191(b).

IT IS FURTHER ORDERED Pursuant to 11 U.S.C. § 1181(a) and the terms of this Order, the services of the Subchapter V Trustee, Behrooz P. Vida, shall be terminated as of the Effective Date of the Plan. The Reorganized Debtor shall serve as disbursing agent to make the payments under the Plan.

IT IS FURTHER ORDERED that Class 2A – John Deere Financial claims shall be fully secured by the Claimant's collateral and shall be paid in full in 36 equal monthly installments of principal plus interest at the rate of 7.75% per annum. Payments shall begin on the 7th day of the first month following the entry of this Order. Specifically,

1. 2(A)(1) (POC #1): The amount of $32,642.61, paid at $1,016.16 per month.

2. 2A(2) (POC #2): The amount of $24,587.49, paid at $765.59 per month.

3. 2A(3) (POC #3): The amount of $78,022.72, paid at $2,429.33 per month.

4. **2A(4) (POC #4):** The amount of $62,279.78, paid at $1,939.14 per month.

Case 25-43579-elm11   Doc 51-2   Filed 05/20/26   Entered 05/20/26 16:06:34   Desc
Debtors Propose Order Confirming the Plan   Page 3 of 4

RWE's Exhibit B
Page 3 of 4

5. 2A(5) (POC #8 in Case 25-40278): New amount of $51,828.14, paid at $1,613.71 per month.

Claimant John Deere Financial shall retain its pre-petition liens until paid in full. In the event of default, the Claimant shall provide notice of default, and the Debtor shall have 10 days to cure. Upon a third event of default, or if the first or second default are not timely cured, the Claimant may collect all amounts and recover collateral pursuant to state law without further notice. Failure to pay post-petition business personal property taxes prior to delinquency shall constitute an event of default.

IT IS FURTHER ORDERED that Class 2B – Caterpillar Financial Services Corporation is allowed a secured claim of $60,000 for the 2023 Track Loader. This claim shall shall accrue interest at 7.75% and be amortized in equal monthly installments over 60 months (approximately $1,210 per month).

IT IS FURTHER ORDERED that, consistent with the Debtor's Plan modification, all provisions of the Plan purporting to classify, treat, or otherwise modify any claim of PlainsCapital Bank ("PCB") are deleted in their entirety. PCB is not a creditor of the Debtor and shall not be treated under the Plan. The Debtor may make ordinary course business expenditures that non-debtor Byron Earl Walker uses to satisfy his obligations to PCB in Case No. 25-40278-mxm11, which shall be deemed incidental and not treatment under this Plan. Such payments are not required by the Plan, do not constitute treatment of PCB, and do not modify the rights of PCB. Nothing in the Plan shall impair, modify, or otherwise affect the rights of PCB against any non-debtor, including Byron Earl Walker or any collateral securing such obligations.

IT IS FURTHER ORDERED that allowed General Unsecured Claims shall receive a pro

rata distribution from the Debtor's projected disposable income over 36 months, providing an

approximate 10% dividend.

Respectfully submitted:

*/s/ Clayton L. Everett*
Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for RWE Services LLC


Approved as to form:

*/s/ Sharon H. Sjostrom*
Sharon H. Sjostrom
Texas State Bar No. 09836700
Blalack & Williams, PC
4851 LBJ Freeway, Suite 750
Dallas, TX 75244
214-630-1916; 214-630-1112 (fax)
ssjostrom@blalack.com
Counsel for John Deere Financial