RWE's Exhibit D
Page 1 of 4

**RWE SERVICES, LLC**

**SUBCHAPTER V DISPOSABLE INCOME PROJECTION**

*(Monthly – Going Forward)*

**Instructions:**

Please complete this form using realistic monthly averages based on current operations and anticipated contracts. Amounts should reflect ordinary and necessary business expenses.

---

**A. Projected Monthly Gross Revenue**

| Revenue Source | Estimated Monthly Amount |
|---|---|
| Contract labor / services | $__102,300.00_____ |
| Equipment usage / billing | $_____ |
| Reimbursements / pass-throughs | $_____ |
| Other operating revenue | $_____ |
| **Total Gross Monthly Revenue** | **$___102,300.00_____** |

---

**B. Cost of Goods Sold (Direct Costs)**

| Category | Estimated Monthly Amount |
|---|---|
| Chemicals / materials | $__9,500.00_____ |
| Contract labor (job-specific) | $__2,000.00_____ |
| Disposal / job costs | $_____ |
| Other direct costs | $_____ |
| **Total COGS** | **$__11,500.00_____** |

## C. Operating Expenses (Ordinary & Necessary)

### Payroll & Labor

| Category | Monthly |
|---|---|
| Payroll (employees) | $_40,000.00_ |
| Payroll taxes | $_incl. above_ |
| Benefits | $_____ |
| **Total Payroll** | $_40,000.00_ |

### Vehicles, Equipment & Fuel

| Category | Monthly |
|---|---|
| Fuel / oil / grease | $_11,000.00_ |
| Repairs & maintenance | $_6,800.00__ |
| Insurance (auto & equipment) | $_3,750.00__ |
| Licensing / registration | $_680.00___ |
| **Total Equipment & Vehicle** | **$_22,230.00__** |

### General & Administrative

| Category | Monthly |
|---|---|
| Rent / office lease | $_3,450.00__ |
| Utilities & communications | $__600.00__ |
| Office expense & supplies | $__100.00__ |
| Professional fees (ongoing) | $_____ |
| Banking & merchant fees | $_100.00__ |
| Affiliate/Ordinary Course PCB Payments | $_13,019.37_ |

RWE's Exhibit D

Page 3 of 4

| Category | Monthly |
|---|---|
| **Total G&A** | **$_17,269.37_** |

## D. Total Operating Expenses

| | Amount |
|---|---|
| Total COGS | $_11,500.00_ |
| Total Payroll | $_40,000.00_ |
| Total Equipment & Vehicle | $_22,230.00_ |
| Total G&A | $_17,269.37_ |
| **Total Monthly Operating Expenses** | **$_90,999.37_** |

## E. Net Operating Cash Flow (Before Plan)

| | Amount |
|---|---|
| Total Gross Monthly Revenue | $_102,300.00_ |
| Less: Total Operating Expenses | ($90,999.37) |
| **Net Monthly Operating Cash Flow** | **$_11,300.63_** |

## F. Chapter 11 Plan Payments

| Category | Monthly |
|---|---|
| Secured claim payments | $_10,243.31_ |
| Priority tax payments | $_456.00_ |
| Unsecured creditor distribution | $_525.00_ |
| **Total Monthly Plan Payment** | **$_11,224.31_** |

RWE's Exhibit D
Page 4 of 4

**G. Projected Disposable Income**

|  | Amount |
|---|---|
| Net Operating Cash Flow | $_11,300.63_ |
| Less: Total Monthly Plan Payment | ($11,218.31) |
| **Remaining Monthly Cash (if any)** | **$_82.32_** |

*Note: The Debtor intends to commit all projected disposable income to Plan payments in accordance with 11 U.S.C. § 1191(d).*