United States Bankruptcy Court

Northern District of Texas

In re: 

RWE Services, LLC

    Debtor

Case No. 25-43579-elm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: pdf024 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + RWE Services, LLC, 1206 Delmarva Ct., Granbury, TX 76048-4372 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Behrooz P. Vida -SBRA V | behrooz@vidatrustee.com cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com |
| Clayton Everett | on behalf of Debtor RWE Services LLC clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David Anthony Schroeder, I | on behalf of Creditor Newrez LLC d/b/a/ Shellpoint Mortgage Servicing ecftxnb@aldridgepite.com aschroeder@ecf.courtdrive.com |
| Matthew Thomas Taplett | on behalf of Interested Party PlainsCapital Bank mtaplett@popehardwicke.com |
| Richard Joseph McNitzky | on behalf of Creditor Caterpillar Financial Services Corporation c/o Richard McNitzky rmcnitzky@dickinson-wright.com |

District/off: 0539-4                    User: admin                              Page 2 of 2

Date Rcvd: May 22, 2026                 Form ID: pdf024                          Total Noticed: 1

Sharon H. Sjostrom
                    on behalf of Creditor Deere & Company d/b/a John Deere Financial ssjostrom@blalack.com

United States Trustee
                    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
                    on behalf of Debtor RWE Services  LLC warren@norredlaw.com,
                    anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                    iley@norredlaw.com


TOTAL: 8





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2026**

**United States Bankruptcy Judge**

---

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>RWE Services, LLC<br><br>　　　　　Debtor | Case No. 25-43579-elm11<br><br>Chapter 11<br><br>Subchapter V Case |

## <u>ORDER CONFIRMING AMENDED SUBCHAPTER V PLAN FOR<br>RWE SERVICES, LLC.</u>

ON THIS DAY the Court considered for confirmation the Amended Subchapter V

Chapter 11 Plan of Reorganization [Dkt. 39] and the Non-Material Modification to Amended

Plan Regarding Treatment of PlainsCapital Bank [Dkt. 46] (collectively, the "Plan") filed by

RWE Services, LLC (the "Debtor").

The Court finds that:

　　1.　Due and proper notice of the Plan and the confirmation hearing was provided to

　　　　all creditors and parties-in-interest.

2. The Plan complies with the applicable provisions of the Bankruptcy Code, including the requirements of 11 U.S.C. §§ 1122, 1123, 1129(a) (other than § 1129(a)(8)), and 1191.

3. The Plan is feasible and provides that the Debtor will contribute all projected disposable income for a period of three (3) years to the payment of claims under the Plan.

4. The Plan does not discriminate unfairly and is fair and equitable with respect to each impaired class.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plan is hereby CONFIRMED under 11 U.S.C. § 1191(b).

IT IS FURTHER ORDERED Pursuant to 11 U.S.C. § 1181(a) and the terms of this Order, the services of the Subchapter V Trustee, Behrooz P. Vida, shall be terminated as of the Effective Date of the Plan. The Reorganized Debtor shall serve as disbursing agent to make the payments under the Plan.

IT IS FURTHER ORDERED that Class 2A – John Deere Financial claims shall be fully secured by the Claimant's collateral and shall be paid in full in 36 equal monthly installments of principal plus interest at the rate of 7.75% per annum. Payments shall begin on the 7th day of the first month following the entry of this Order. Specifically,

1. 2(A)(1) (POC #1): The amount of $32,642.61, paid at $1,016.16 per month.

2. 2A(2) (POC #2): The amount of $24,587.49, paid at $765.59 per month.

3. 2A(3) (POC #3): The amount of $78,022.72, paid at $2,429.33 per month.

4. **2A(4) (POC #4):** The amount of $62,279.78, paid at $1,939.14 per month.

5.  2A(5) (POC #8 in Case 25-40278): New amount of $51,828.14, paid at $1,613.71 per month.

Claimant John Deere Financial shall retain its pre-petition liens until paid in full. In the event of default, the Claimant shall provide notice of default, and the Debtor shall have 10 days to cure. Upon a third event of default, or if the first or second default are not timely cured, the Claimant may collect all amounts and recover collateral pursuant to state law without further notice. Failure to pay post-petition business personal property taxes prior to delinquency shall constitute an event of default.

IT IS FURTHER ORDERED that Class 2B – Caterpillar Financial Services Corporation is allowed a secured claim of $60,000 for the 2023 Track Loader. This claim shall shall accrue interest at 7.75% and be amortized in equal monthly installments over 60 months (approximately $1,210 per month).

IT IS FURTHER ORDERED that, consistent with the Debtor's Plan modification, all provisions of the Plan purporting to classify, treat, or otherwise modify any claim of PlainsCapital Bank ("PCB") are deleted in their entirety. PCB is not a creditor of the Debtor and shall not be treated under the Plan. The Debtor may make ordinary course business expenditures that non-debtor Byron Earl Walker uses to satisfy his obligations to PCB in Case No. 25-40278-mxm11, which shall be deemed incidental and not treatment under this Plan. Such payments are not required by the Plan, do not constitute treatment of PCB, and do not modify the rights of PCB. Nothing in the Plan shall impair, modify, or otherwise affect the rights of PCB against any non-debtor, including Byron Earl Walker or any collateral securing such obligations.

IT IS FURTHER ORDERED that allowed General Unsecured Claims shall receive a pro rata distribution from the Debtor's projected disposable income over 36 months, providing an approximate 10% dividend.

Respectfully submitted:

*/s/ Clayton L. Everett*
Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for RWE Services LLC


Approved as to form:

*/s/ Sharon H. Sjostrom*
Sharon H. Sjostrom
Texas State Bar No. 09836700
Blalack & Williams, PC
4851 LBJ Freeway, Suite 750
Dallas, TX 75244
214-630-1916; 214-630-1112 (fax)
ssjostrom@blalack.com
Counsel for John Deere Financial