UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
NORTHERN DIVISION

IN RE:

RWE SERVICES, LLC

CASE NO: 25-43579-elm

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 54

---

On 6/4/2026, I did cause a copy of the following documents, described below,

Order Confirming Amended Subchapter V Plan ECF Docket Reference No. 54

Post Confirmation Order 56

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## NORTHERN DIVISION

IN RE:

RWE SERVICES, LLC

CASE NO: 25-43579-elm

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 54

On 6/4/2026, a copy of the following documents, described below,

Order Confirming Amended Subchapter V Plan ECF Docket Reference No. 54

Post Confirmation Order 56

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-43579-ELM
NORTHERN DISTRICT OF TEXAS
THU JUN 4 10-31-31 PST 2026

EXCLUDE

(U)CATERPILLAR FINANCIAL SERVICES CORPORATION C

EXCLUDE

(U)DEERE  COMPANY DBA JOHN DEERE FINANCIAL

EXCLUDE

(U)NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVIC

PLAINSCAPITAL BANK
CO MATTHEW T TAPLETT  ESQ
500 W7TH ST 600
FORT WORTH  TX 76102-4751

DEBTOR

RWE SERVICES  LLC
1206 DELMARVA CT
GRANBURY  TX 76048-4372

EXCLUDE

501 W TENTH STREET
FORT WORTH  TX 76102-3637

ARTURO GUTIERREZ
123 HARVEST LANE
FLORESVILLE  TX 78114-4249

ATTORNEY GENERAL
MAIN JUSTICE BLDG  ROOM 5111
10TH  CONSTITUTION AVE  NW
WASHINGTON  DC 20530-0001

BRACKETT  ELLIS
100 MAIN ST
FORT WORTH  TX 76102-3008

CARLOS GUTIERREZ
4927 TY TERRACE ST 3
SAN ANTONIO  TX 78229-4994

(P)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

CAT FINANCIAL CARD
PO BOX 73664
DALLAS  TX 75373-0001

CATERPILLAR FINANCIAL SERVICES CORPORATION
DICKINSON WRIGHT PLLC
CO RICHARD MCNITZKY
607 W 3RD STREET  SUITE 2500
AUSTIN  TX 78701-4713

CHEVRON TEXACO
WEXBANK
PO BOX 57748
SALT LAKE CITY  UT 84157-0748

(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

FORWARD FINANCING
CO BRIAN LEBLANC
53 STATE STREET FLOOR 20
BOSTON  MA 02109-2820

INTERNAL REVENUE SERVICE
1100 COMMERCE ST MC5026
DALLAS TX 75242

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

EXCLUDE

(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

LGBS
3500 MAPLE AVE SUITE 800
DALLAS  TX 75219-3959

LGBSDALLAS
2777 N STEMMONS FWY SUITE 1000
DALLAS  TX 75207-2328

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVIC
ANTHONY SCHROEDER
ALDRIDGE PITE  LLP
3333 CAMINO DEL RIO SOUTH  SUITE 225
SAN DIEGO  CA 92108-3808

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON  TX 76010-7457

RED RIVER SPECIALTIES
PO BOX 73664
DALLAS TX 75373-0001

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH  TX 76196-0206

ROZELL SPRAYER MANUFACTURING
14264 STATE HWY 64 WEST
TYLER  TX 75704-6420

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TAX DIVISIONUS DEPARTMENT OF JUSTICE
717 N HARWOOD  STE 400
DALLAS  TX 75201-6598

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN  TX 78711-3127

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN  TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN  TX 78778-0001

TEXAS WORKFORCE COMMISSION
101 E 15TH STREET ROOM 556
AUSTIN  TX 78778-0001

US ATTORNEYNORTH
3RD FLOOR  1100 COMMERCE ST
DALLAS  TX 75242

US TRUSTEE
1100 COMMERCE ST  RM 976
DALLAS  TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX 75242-0996

WEX BANK
ATTN LEGAL  BANKRUPTCY
1 HANCOCK STREET
PORTLAND  ME 04101-4217

BEHROOZ P VIDA SBRA V
3000 CENTRAL DR
BEDFORD  TX 76021-3671

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON  TX 76010-7402

WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON  TX 76010-7402