# TIME AND BILLING

## TIME REPORT

| | |
|---|---|
| **Case No.:** | 25-43579-ELM |
| **Case Name:** | RWE SERVICES, LLC |
| **Start Date:** | 9/24/2025 |
| **End Date:** | 6/30/2026 |

**Trustee Name**
Behrooz P. Vida

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|

**Firm Name: Subchapter V Trustee**
**Professional: Behrooz Vida**

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $495.00 | 0.70 | $346.50 | 0.70 | $346.50 | Billable |

09/24/2025: Review of e-mail from Marie Goodier; ran a conflict check and responded; received a reply; completed the verified statement, printed, signed, scanned and e-mailed it to Marie Goodier; received a reply (.7)

| | $495.00 | 0.40 | $198.00 | 0.40 | $198.00 | Billable |
|---|---|---|---|---|---|---|

09/25/2025: Review of e-mail from Rafay Suchedina on IDI; checked calendar, responded (.2); sent e-mail to Clayton Everett regarding the case (.1); e-mails from Rafay Suchedina and Angela Flint (.1)

| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|---|

09/25/2025: BNC certificate of mailing. (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

09/29/2025: Balance sheet. Filed by Debtor RWE Services, LLC; Cash flow statement for small business.; Statement of operations for small business (.1)

| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|---|

09/29/2025: Certificate of service re: Notice of Filing filed by Debtor RWE Services, LLC (.1)

| | $495.00 | 0.90 | $445.50 | 0.90 | $445.50 | Billable |
|---|---|---|---|---|---|---|

09/30/2025: E-mail and attachment from Rafay Suchedina (.1); e-mail from Angela Flint attaching IDI docs (.3); attended IDI (.5)

| | $495.00 | 0.80 | $396.00 | 0.80 | $396.00 | Billable |
|---|---|---|---|---|---|---|

10/06/2025: POC #1, #2, #3 & #4 by Deere & Company dba John Deere Financial; Notice of Appearance and Request for Notice by David Anthony Schroeder I filed by Creditor Newrez LLC d/b/a/ Shellpoint Mortgage Servicing; Schedules: Schedules A-B and D-H with Summary of Assets and Liabilities Filed by Debtor RWE Services, LLC; Statement of financial affairs for a non-individual . Filed by Debtor RWE Services, LLC (.8)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/08/2025: E-mail from Rafay Suchedina on IDI docs (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/09/2025: Motion for relief from stay Filed by Creditor Deere & Company d/b/a John Deere Financial (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/10/2025: Application to employ Norred Law, PLLC as Attorney Filed by Debtor RWE Services, LLC  (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/20/2025: E-mail to Clayton Everett on security deposit (.1)

| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|---|

10/21/2025: E-mail from Clayton Everett on security deposit (.1)

| | $495.00 | 0.30 | $148.50 | 0.30 | $148.50 | Billable |
|---|---|---|---|---|---|---|

10/22/2025: Debtor-In-Possession Monthly Operating Report for Filing Period September 2025  filed by Debtor RWE Services, LLC (.2); Letter from Comptroller of public Accounts (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/23/2025: Debtor's Objection to Motion for relief from stay filed by Creditor Deere & Company d/b/a John Deere Financial (.1)

| | $495.00 | 0.40 | $198.00 | 0.40 | $198.00 | Billable |
|---|---|---|---|---|---|---|

10/24/2025: Attended 341 meeting (.4)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/28/2025: POC #5 by Rozell Sprayer Manufacturing  (.1)

| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|---|

10/29/2025: Notice that Hearing was held and continued to Final re: Motion for relief from stay filed by Creditor Deere & Company d/b/a John Deere Financial (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

10/30/2025: Interim Order on Deere & Company's motion for relief from stay by Creditor Deere & Company d/b/a John Deere Financial  (.1)

| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|---|

11/04/2025: Certificate of no objection filed by Debtor RWE Services, LLC (.1)

| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|---|

11/04/2025: Order granting application to employ Warren V. Norred for RWE Services, LLC as Attorney (.1)

# TIME AND BILLING

## TIME REPORT

| **Case No.:** | 25-43579-ELM |
|---|---|
| **Case Name:** | RWE SERVICES, LLC |
| **Start Date:** | 9/24/2025 |
| **End Date:** | 6/30/2026 |

**Trustee Name**
Behrooz P. Vida

| RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |

11/05/2025: Pre-Status Conference Report filed by Debtor RWE Services, LLC (.1)

| $495.00 | 0.30 | $148.50 | 0.30 | $148.50 | Billable |
|---|---|---|---|---|---|

11/17/2025: Appeared at status conference (.3)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/18/2025: RC Sharon Sjostorm 214-420-7724, lm (.1)

| $495.00 | 0.30 | $148.50 | 0.30 | $148.50 | Billable |
|---|---|---|---|---|---|

11/21/2025: POC #6 by WEX Bank (.1); Debtor-In-Possession Monthly Operating Report for Filing Period October 2025 filed by Debtor RWE Services, LLC. (.2)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/24/2025: POC #7 by Carlos Gutierrez; POC #8 by Arturo Gutierrez(.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/25/2025: E-mail on Debtor's counsel on security deposit, received a reply (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

11/30/2025: POC #9 by Forward Financing (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

12/05/2025: E-mail on security deposit to the debtor's counsel (.1)

| $495.00 | 0.20 | $99.00 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

12/14/2025: Debtor-In-Possession Monthly Operating Report for Filing Period November 2025 filed by Debtor RWE Services, LLC (.2)

| $495.00 | 0.50 | $247.50 | 0.50 | $247.50 | Billable |
|---|---|---|---|---|---|

12/20/2025: Chapter 11 consensual Plan Small Business Subchapter V. filed by Debtor RWE Services, LLC (.5)

| $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

12/23/2025: Certificate of service re: Sub V Ch11 Plan of Reorganization filed by Debtor RWE Services, LLC (.1)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

01/16/2026: Debtor-In-Possession Monthly Operating Report for Filing Period December 2025 filed by Debtor RWE Services, LLC. (.2)

| $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

01/20/2026: Notice of Appearance and Request for Notice by Richard Joseph McNitzky filed by Creditor Caterpillar Financial Services Corporation c/o Richard McNitzky (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

01/20/2026: POC #10 by Caterpillar Financial Services Corporation (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

02/03/2026: Witness and Exhibit List filed by Creditor Deere & Company d/b/a John Deere Financial (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

02/03/2026: Agreed Order conditioning motion for relief from stay by Creditor Deere & Company d/b/a John Deere Financial (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

02/09/2026: POC #11 by the IRS (.1)

| $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
|---|---|---|---|---|---|

02/11/2026: E-mail to Debtor's counsel on security deposit (.1)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

02/12/2026: Multiple exchanges with Angela Flint on wire transfer (.2)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

02/18/2026: Debtor-In-Possession Monthly Operating Report for Filing Period January 2026 filed by Debtor RWE Services, LLC (.2)

| $495.00 | 0.50 | $247.50 | 0.50 | $247.50 | Billable |
|---|---|---|---|---|---|

02/21/2026: Amended Chapter 11 Plan filed by Debtor RWE Services, LLC (.5)

| $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

02/21/2026: Certificate of service re: Amended Plan filed by Debtor RWE Services, LLC (.1)

| $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
|---|---|---|---|---|---|

02/27/2026: Notice of Appearance and Request for Notice by Matthew Thomas Taplett filed by Interested Party PlainsCapital Bank (.1)

| $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
|---|---|---|---|---|---|

**TIME AND BILLING**

Page No:   3

**TIME REPORT**

| | |
|---|---|
| **Case No.:** | 25-43579-ELM |
| **Case Name:** | RWE SERVICES, LLC |
| **Start Date:** | 9/24/2025 |
| **End Date:** | 6/30/2026 |

**Trustee Name**
Behrooz P. Vida

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| 03/12/2026: Notice of hearing filed by Debtor RWE Services, LLC on Amended subchapter V chapter 11 plan of reorganization, calendared it (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 03/13/2026: Certificate of service re: Notice of Hearing on Confirmation of Amended Plan filed by Debtor RWE Services, LLC (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 03/20/2026: Debtor-In-Possession Monthly Operating Report for Filing Period February 2026 filed by Debtor RWE Services, LLC. (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 03/26/2026: Amended POC 31 by IRS (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 03/28/2026: Follow up with debtor's counsel on security deposit (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 04/10/2026: Objection to confirmation of Chapter 11 Plan Small Business Subchapter V filed by Interested Party PlainsCapital Bank (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 04/11/2026: Amended Chapter 11 plan filed by Debtor RWE Services, LLC (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 04/13/2026: Notice of continued hearing on confirmation (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Non Billable |
| 04/14/2026: Certificate of service re: PlanMod and NOH filed by Debtor RWE Services, LLC (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 04/14/2026: E-mail to Clayton Everett, received a reply (.2) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 04/16/2026: Debtor-In-Possession Monthly Operating Report for Filing Period March 2026 filed by Debtor RWE Services, LLC (.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 04/28/2026: E-mail to Debtor's counsel regarding security deposit under Scheduling Order (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 05/18/2026: Review of redline changes by Matt Taplett on the order confirming plan (.1); Revised order from Clayton Everette (.1) | | | | | | |
| | $495.00 | 0.20 | $99.00 | 0.20 | $99.00 | Billable |
| 05/20/2026: Debtor-In-Possession Monthly Operating Report for Filing Period April 2026 filed by Debtor RWE Services, LLC. (.2) | | | | | | |
| | $495.00 | 1.20 | $594.00 | 1.20 | $594.00 | Billable |
| 05/21/2026: Appeared at confirmation (1.2) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 05/23/2026: Order Confirming Amended Chapter 11 Plan (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 05/25/2026: BNC certificate of mailing - PDF document. Order Confirming Amended Chapter 11 Plan (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 05/26/2026: Post confirmation order (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.10 | $49.50 | Billable |
| 05/27/2026: Post confirmation order. (.1) | | | | | | |
| | $495.00 | 0.10 | $49.50 | 0.00 | $0.00 | Non Billable |
| 06/05/2026: Certificate of service re: Order Confirming Amended Plan & Post Confirmation Order filed by Debtor RWE Services, LLC (.1) | | | | | | |
| | $495.00 | 1.00 | $495.00 | 1.00 | $495.00 | Billable |
| 06/25/2026: Trustee Fee Application (1.00) | | | | | | |
| **Professional: Tracy Galchutt** | | | | | | |
| | $150.00 | 0.10 | $15.00 | 0.10 | $15.00 | Billable |
| 09/30/2025: Put hearing for Motion to Lift Stay on calendar | | | | | | |
| | $150.00 | 0.10 | $15.00 | 0.10 | $15.00 | Billable |
| 10/09/2025: Put on calendar Notice of hearing filed by Creditor Deere & Company d/b/a John Deere Financial | | | | | | |
| | $150.00 | 0.10 | $15.00 | 0.10 | $15.00 | Billable |
| 11/07/2025: Put on calendar final hearing for MTLS by Deere & Company d/b/a John Deere Financial | | | | | | |

**TIME AND BILLING**

**TIME REPORT**

| | | |
|---|---|---|
| **Case No.:** | 25-43579-ELM | |
| **Case Name:** | RWE SERVICES, LLC | |
| **Start Date:** | 9/24/2025 | |
| **End Date:** | 6/30/2026 | |

**Trustee Name**
Behrooz P. Vida

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $150.00 | 0.10 | $15.00 | 0.10 | $15.00 | Billable |
| 11/21/2025: Put lift stay final by John Deere on calendar | | | | | | |
| | $150.00 | 0.10 | $15.00 | 0.10 | $15.00 | Billable |
| 01/16/2026: Put on calendar Notice of hearing Reset filed by Creditor Deere & Company d/b/a John Deere Financial | | | | | | |
| | $150.00 | 0.50 | $75.00 | 0.50 | $75.00 | Billable |
| 06/18/2026: Prepare mailing matrix and envelopes for trustee fee application | | | | | | |
| | $150.00 | 0.50 | $75.00 | 0.50 | $75.00 | Billable |
| 06/30/2026: Filed and served trustee fee application | | | | | | |

Behrooz Vida billable hours = 12.10 hours @ $495.00 totalling $5,989.50
Behrooz Vida Non billable hours = 1.50 hours totalling $742.50
Tracy Galchutt billable hours = 1.50 hours @ $150.00 totalling $225.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Project Category  Total:** | | **15.10** | | | **$6,264.00** | |

Behrooz Vida billable hours = 12.10 hours totalling $5,989.50
Behrooz Vida Non billable hours = 1.50 hours totalling $742.50
Tracy Galchutt billable hours = 1.50 hours totalling $225.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Firm Name Subchapter V Trustee Total:** | | **15.10** | | | **$6,264.00** | |
| **TOTALS:** | | **15.10** | **$6,957.00** | **13.70** | **$6,264.00** | |

# TRUSTEE BILLING

## EXPENSE REPORT

| | |
|---|---|
| **Case No.:** | 25-43579-ELM |
| **Case Name:** | RWE SERVICES, LLC |
| **Start Date:** | 9/24/2025 |
| **End Date:** | 6/30/2026 |

**Trustee Name**

Behrooz P. Vida

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant :** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Copies** | | | | | |
| 06/30/2026 | $0.200 | 54.00 | $10.80 | $10.80 | Billable |
| Description: Copies for Trustee Fee Application | | | | | |
| | | **Copies Total:** | **$10.80** | **$10.80** | |
| **Postage** | | | | | |
| 06/30/2026 | $0.780 | 9.00 | $7.02 | $7.02 | Billable |
| Description: Postage for Trustee Fee Application | | | | | |
| | | **Postage Total:** | **$7.02** | **$7.02** | |
| | | **Project Category  Total:** | **$17.82** | **$17.82** | |
| | | **Matter Code  Total:** | **$17.82** | **$17.82** | |

**EXPENSE SUMMARY:**          **$17.82**