Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 25-43579-ELM |
| RWE SERVICES, LLC. | § | |
| Debtor. | § | CHAPTER 11 (Subchapter V) |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on June 30, 2026,  I filed an Application for Trustee's Compensation and Expenses [ECF No. 58] (the "Application"), which contained twenty-one (21) day negative notice language. The deadline to object to the Application was July 21, 2026. As of today's date, no responses or objections to the Application have been filed.

Signed: July 22, 2026.

_/s/ Behrooz P. Vida_
Behrooz P. Vida
State Bar No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
EMAIL: behrooz@vidatrustee.com
TEL: (817) 358-9977
FAX: (817) 358-9988

CERTIFICATE OF NO OBJECTION                                                      PAGE 1 OF 1