**NOTICE OF CHANGE OF ADDRESS**

FILED
SEP 29 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**United States Bankruptcy Court**
**Northern District of Texas**

**In re: RWE Services, LLC**
**Case No. 4:25-bk-43579-elm11**

**Please update the Court's records for the following creditor:**

**Creditor: Carlos Gutierrez**

**Old mailing address:**
**4927 Ty Terrace #3**
San Antonio, TX 78229

**New mailing address:**
900 N. Main Ave
#216
San Antonio, Texas 78 212

**Please use my new mailing address for all future notices and correspondence regarding this bankruptcy case.**

**Date: 9/22/2026**

**Respectfully,**

**Carlos Gutierrez**
**210-853-6988**
**cg.carlos808@gmail.com**